**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 27 2014

JULIA C. DUDLEY, CLERK
BY: /s/ C. Swiss
    DEPUTY CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:14mj141 |
| Jeffrey A. Hinkle, Jr. | ) |
| DOB: 03/26/1983 | ) |
| SSN: 277802008 | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 21, 2014__ in the county of __Lee__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmit in interstate commerce a communication containing a threat to injure the person of another. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas R. Snapp, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/24/2014__

_____
*Judge's signature*

City and state: __Abingdon, Virginia__   Pamela Meade Sargent, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

IN THE MATTER OF             )
AN ARREST WARRANT FOR:       )
                             )
Jeffrey A. Hinkle, Jr.       )          Criminal No._____
DOB 03/26/1983               )
SSN 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              )

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

I, Thomas R. Snapp, being duly sworn, hereby depose and state as follows:

I am a Special Agent of the Federal Bureau of Investigation (FBI), assigned to the Richmond Division, Bristol Resident Agency. I have been a Special Agent for more than twenty-four years. My investigative experience includes the investigation of violent crimes, including assault, murder, and extortion.

As a federal agent, I am authorized to investigate violation of the United States laws and to execute warrants issued under the authority of the United States.

The statements in this affidavit are based on my investigation of this matter, and information related to me by other law enforcement officers. This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause in support of an arrest warrant for Jeffrey A. Hinkle, Jr. for violation of Title 18, United States Code, Section 875(c), transmit in interstate commerce a communication containing a threat to injure the person of another.

Under 18 U.S.C. § 875(c), it is a federal crime for any person to transmit in interstate or foreign commerce any communication containing any threat to injure the person of another.

## BACKGROUND OF CURRENT INVESTIGATION

On May 21, 2014, at approximately 10:30 a.m., a call was received at the Lee County, Virginia, Sheriff Department. The call was answered by a Lee County Dispatcher. Caller ID identified the incoming call originating from telephone number 740-684-4062. The following is a transcription of the call:

**Dispatcher:**   Lee County Sheriff's Office

**Caller:**       Yeah, um, are all you guys down there uneducated and retarded or what? I mean, I don't understand how (unintelligible) call you guys for services and for help and you're going to stand around and your Sheriff's going to stand around with his hand on his dick, scratching his

1

ass with his other hand. What kind of nonsense is that? You're going to need to get your shit together down there because if I get another call from my mother like I got today, I will come down there, I will pull up beside every cruiser I see on the street with (unintelligible) county deputy and I will shoot the officer in his face. And then I will (unintelligible)

**Dispatcher:** OK sir, if you could tell me what you're talking about, I might be able to help you.

**Caller:** My mother had an issue where she could not get her car unstuck and nobody did shit about it.

**Dispatcher:** I never received a call from her.

**Caller:** Well the Sheriff were out there and they, she said that he wouldn't do shit. That's some bullshit. Do you guys even have any authority down there in that commonwealth (unintelligible) state you all live I, or what?

**Dispatcher:** Sir

**Caller:** (unintelligible) the fucking cops scared to do their jobs; the cops need to do their jobs (unintelligible).

**Dispatcher:** Sir, I don't have to listen to you cuss me like that. You're on a recording line and you also threatened to kill officers.

**Caller:** Yes I did and that's why (unintelligible) 50 caliber Desert Eagle will do the job. Trust me. You better reinforce your fucking glass (unintelligible).

**Dispatcher:** Who is your mother?

**Caller:** Well, she's

**Dispatcher:** So I can figure out who she was and when she called

**Caller:** She's a very sweet old lady and you guys tried to dick her around. And now because you all can't tell people to abide by the law, like you're suppose to have the authority to, you got to pay a shit-load of money to go through a bunch of court shit and fuck around just so that she can move her car from one side of the road to the other. That's ridiculous. You need to get your shit together down there seriously. I'm, I'm literally

**Dispatcher:** Sir, like I said, I have no idea what you're speaking of.

**Caller:** Well, I'm sure someone in the office knows every inch of it (unintelligible)

**Dispatcher:** What happened to this? What happened to your mother with this incident sir?

2

**Caller:** (unintelligible)

**Dispatcher:** When did it happen?

**Caller:** There's no reason in that. There's no reason what so ever.

**Dispatcher:** When did it happen sir?

**Caller:** It was last night sometime I think. Yeah (unintelligible)

**Dispatcher:** What happened to her?

**Caller:** Remind the Sheriff that they have authority and that's what that badge is for. The cocksuckers will take you to fucking jail,

Lee County Sheriff's records identified a complaint made by Wanda Andis on or about May 20, 2014. The complaint concerned a "right-of-way" dispute between Andis and her neighbor, Bob Jones. The responding Deputy informed Mrs. Andis that the dispute with her neighbor was a civil matter.

This agent interviewed Terri A. Andis. Terri Andis is Wanda Andis' daughter-in-law. Terri Andis provided the following information:

Terri Andis lives near Wanda and is also affected by the right-away dispute with Bob Jones. On or about May 20, 2014, Terri Andis had a telephonic conversation with her son, Jeffrey Allen Hinkle, DOB 3/26/1983, who resides in Crooksville, OH. She advised that Hinkle uses cellular telephone number 740-684-4062. During the conversation, Terri Andis informed Hinkle about her dispute with Bob Jones. Terri Andis described Hinkle as a disabled army veteran who collects social security disability and does not work and does not have a car. She also advised that Hinkle has had past mental issues and has received mental counseling in the past.

On May 22, 2014, Terri Andis became aware that a threatening call was made to the Lee County Sheriff's Office. When Terri Andis learned about the call she called her son, Hinkle, to question him. Hinkle denied making the call. Terri Andis then spoke with her other son, John Andis, Jr. John Andis, Jr. advised that during an earlier conversation that he had with Hinkle, Hinkle admitted that he made a threatening call to the LCSO.

Your affiant played a portion of the threatening call for Terri Andis. Terri Andis immediately identified the voice of the caller as that of her son, Jeffrey Andis.

## CONCLUSION

For the reasons set forth above, your affiant respectfully requests this Court to issue a warrant for the arrest of Jeffrey A. Hinkle for violations of Title 18, United States Code, Section 875(c), transmit in interstate commerce a communication containing a threat to injure the person of another.

Respectfully Submitted,

*Thomas R Snapp*
Thomas R. Snapp (SA-FBI)

Subscribed and sworn before
me this 24th day of May 2014

*Pamela Meade Sargent*
The Honorable Pamela Meade Sargent
United States Magistrate Judge

4