CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 02 2014

JULIA C. DUDLEY, CLERK
BY: /s/ F. Clark
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 2:14CR17 |
| JEFFREY ALLEN HINKLE, JR. | : Violation: 18 U.S.C. § 875(c) |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. On or about May 21, 2014, in the Western District of Virginia and elsewhere, the defendant JEFFREY ALLEN HINKLE, JR., knowingly transmitted in interstate or foreign commerce from the State of Ohio or elsewhere to the Commonwealth of Virginia, a communication by telephone to an employee of the Lee County, Virginia Sherriff's Office known to the United States, and that communication contained a threat to injure officers of the Lee County, Virginia Sherriff's Office,

2. All in violation of Title 18, United States Code, Section 875(c).

Dated this 2nd day of September, 2014.

Timothy J. Heaphy /HR
TIMOTHY J. HEAPHY
United States Attorney

USAO # 2014R00222